costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

MILDRED SUSSAN and ESTHER FARB, as Coadministrators, etc., of IKE FARB, Deceased, Respondents, v. THOMAS E. MURRAY, JR., as Receiver of the Interborough Rapid Transit Company, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, on the authority of *McGowan* v. *Eastman* (271 N. Y. 195). Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

TRUMAN BAILEY, Appellant, v. BELVEDERE FABRICS, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ELSIE BRAUN, Respondent, v. HALL & RUCKEL, INC., Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by striking out item " 9 " of the notice of examination, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present —•O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ELSIE BRAUN, Respondent, v. HALL & RUCKEL, INC., Defendant, Impleaded with F. W. WOOLWORTH Co., Appellant.— Order, so far as appealed from, unanimously modified by striking out items " 18," " 19," " 20," " 21," and " 24 " of the notice of examination, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. In the Matter of the Plan of Readjustment, etc., of the Rights of the Holders of Investments in Each of 225 Issues of LAWYERS MORTGAGE COMPANY. In the Matter of the Application of BRENTMORE ESTATES, INC., Petitioner, Appellant, Joined in by MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Petitioner, Appellant, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, Petitioner, for an Order Eliminating the Provisions Providing for a Pro Tanto Reduction of the Liability of LAWYERS MORTGAGE COMPANY, etc. RICHARD M. HURD, as Stockholders' Manager and a Reorganization Manager under the Plan of Reorganization, etc., and Others, Respondents, Respondents, and CREDITORS REORGANIZATION MANAGERS OF LAWYERS MORTGAGE COMPANY and Others, Respondents.— Order affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant the motions. Settle order on notice.

In the Matter of Supplementary Proceedings: FREDERICK E. GOLDSMITH, Judgment Creditor, Respondent, v. ALEXANDER T. HERD, Also Known as ANDERSON T. HERD, Judgment Debtor. MARY L. ALEXANDER, Third Party, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.